UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HENRY CORDOVA LAWAG. | Case No. 22-cv-04879-HSG <br><br> **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Court shall enter judgment against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/13/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge